DOWNING, J.,
concurring and assigning reasons.
|,I agree with the result. Louisiana’s uninsured motorist law, La. R.S. 22:1295 is simply inapplicable to this matter. By its own terms, the statute “govern[s] the issuance of uninsured motorist coverage in [Louisiana].” The policy at issue was not issued in Louisiana. It therefore does not come under the Louisiana statute. Accordingly, Louisiana has no legal interest to protect in this matter, while Mississippi’s interest is clear.
Louisiana Revised Statutes 22:1295(a) (iii) provides one exception, which is inapplicable here, to the applicability of Louisiana’s uninsured motorists law only to policies issued in this state. This subsection provides: “This Subpara-graph and its requirement for uninsured motorist coverage shall apply to any liability insurance covering any accident which occurs in this state and involves a resident of this state.” While the subject accident occurred in Louisiana, the majority opinion establishes that the plaintiff/appellant is not a resident of Louisiana. This exception, therefore, is inapplicable.
Consequently, while the majority’s lucid and insightful choice-of-law analysis is interesting, it is dispensable and legally misleading.